**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ROBERT B. LEDBETTER,**

    **Petitioner,**

    **v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

        **CRIM. NOS. 2:14-CR-127; 2:15-CR-80
        CIV. NOS. 2:20-CV-5733; 2:21-CV-1120
        CHIEF JUDGE ALGENON L. MARBLEY**

## ORDER

On November 2, 2020, Petitioner filed a Motion to Vacate under 28 U.S.C. § 2255, referencing both Criminal Case Numbers 2:14-CR-127 and 2:15-CR-80; however, the Motion to Vacate was docketed only in Case Number 2:14-CR-127.  On March 21, 2021, Petitioner filed a "Supplement" and "Amendment" to the Motion to Vacate under 28 U.S.C. § 2255, that has been docketed as a new Motion to Vacate in Criminal Case Number 2:15-CR-80 and also as an amendment to the Motion to Vacate in Criminal Case Number 2:14-CR-127.

These underlying criminal cases were joined for trial and hereby are **CONSOLIDATED** for purposes of federal habeas corpus review.

The United States of America shall file a Response to Petitioner's March 21, 2021, amendment to the Motion to Vacate that complies with the provisions of the Rules Governing Section 2255 Cases in the United States District Courts within twenty-one (21) days.

Petitioner may file a Reply within fourteen (14) days thereafter.

**IT IS SO ORDERED.**

                            **ALGENON L. MARBLEY
                            CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  April 14, 2021**